# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| IN THE MATTER OF THE COMPLAINTS ) | |
| OF THE AMERICAN MILLING CO., ) | |
| UNLIMITED, H&H MARINE, INC., and ) | |
| AMERICAN MILLING, L.P., an limited ) | **Case No. 4:98CV575SNL** |
| partnership, and WINTERVILLE ) | |
| MARINE SERVICES, INC., for ) | |
| exoneration from or limitation of liability, ) | |
| ) | |
|      Petitioners. ) | |

## ORDER

This matter is before the Court *sua sponte*. On September 2, 2005 this Court entered an order seeking the current status of individual claimants still pursuing their respective claims in this litigation. *See*, Court Order #1600. The Court requested any claimant, not previously dismissed from this case and still wishing to pursue their claim, to so inform the Court and to note for the Court whether or not they were represented by counsel. The order also forewarned that any claimant who did not respond by the deadline of September 16, 2005 would be dismissed with prejudice. Finally, the order clearly stated that no extensions of time would be granted except for good cause shown.

Accordingly,

**IT IS HEREBY ORDERED** that the following individual claimants, and their respective counsel, have responded affirmatively in a timely manner to the Court's order of September 2, 2005 and shall continue to be listed as individual claimants in this cause of action:

**Daniel Roddy, Esq.**
Virginia Wettring

**Keith Liberman, Esq.**
Sonya Owten

**Steven Gelfman, Esq.**
**Theodore Hoffman, Esq.**
Valeria Johnson
Hattie Allen
Willie B. Jackson
Alma Jackson
Joyce Evans
Marilyn Green
Paul Hudson
Charlotte Johnson
Toni Finn
Phillis Wilson

**Alan Mandel, Esq.**
Stanley White, Jr.
Beatrice Ritchie
Glenn Ritchie
Deborah Williams
George Roberts

**Robert Andrekanic, Esq.**
Mary Lee Brown

**Mark Helfers, Esq.**
Gwendolyn Wright
George Watkins
James Stevenson

**Dennis Nalick, Esq.**
Walter McCray
Carolyn Foster
Doris L. Burrell
Marcene Tockman
Humberto Negron
Joyce Stufflebean

**Michael Blotevogel, Esq.**
Mary Abissinia
Terrell Borders
Perry Chernasky
Billie Will Davis
Latoya Fentress
Ammiest Heads

Markeesha Rodgers
Phyllis Wilson
Cortez Wilson

**John Appelbaum, Esq.**
Lanette R. Gibson
David G. Asher

**Harry Swanger, Esq.**
Richard Allen Hilt
Sheri A. Salzberg
Joseph W. Davis

**Gerald V. Tanner, Esq.**
Shirleen Burton
Sunday Rice
Beatrice Shaw

**Leonard P. Cervantes, Esq.**
**Phillip Cervantes, Esq.**
David Albrecht (for the Estate of Lindy Albrecht)
Gloria Benson
Terrance Byas
Ernest Watson, Jr.

**Mark Floyd, Esq.**
Rhonda Anderson
Theresa Denson
Barbara Horton
Olivia Richardson
William Saunders
Lawanda Spencer

**Patrick Hagerty, Esq.**
Patricia Jackson

**Cordell Siegel, Esq.**
Virgil Jackson

**Ralph Levy, Esq.**
Karen G. Cruse

**Samuel Murphy, Jr., Esq.**
Gail Jackson

**Robert Merlin, Esq.**
**Ray Marglous, Esq.**
Gwendolyn Prince

**Eric Walter, Esq.**
**Kurt Odenwald, Esq.**
Willie Moorehead, Jr.

**Jon Carlson, Esq.**
Tamara Wick
Dewey R. Clark
James M. Clark, Jr.
Sherry L. Clark

**William B. England, Esq.**
James Lewis Brown
Lue Willie Harvey

**Bertram Cooper, Esq.**
**Kurt C. Hoener, Esq.**
Larry Dees
Denise Hurst
Jo Ann M. Taylor
Vanessa D. Jackson
Beatrice Holmes

**Allen Surinsky, Esq.**
Gwendolyn Frierson
Thomas Frierson
Bernell Price
David Price

**Richard L. Constance, Esq.**
Catherine Colwye
Lenard Colwye, Jr.
Lisa Greenwood
Lillie Smith
Odessa Townsend
Sherry D. Jones
Juanita Miller
Charles Rogers
Eric Holman
Juanita Jones

**Francis Duda, Esq.**
Shirley Walker

Ersie Walker
Ernest Walker


**Kirby Palmer, Esq.**
Dana Kimple

**Dennis J. Flavin, Esq.**
**Derald L. Gab, Esq.**
Arlene Hunter
Tevelder Brooks
Roderick Wilson
Alexander Cooper
Rebecca Robinson
Lester Maurice Miller
Edna Shepard

**Donnell Smith, Esq.**
Debbie Washington-Milton
Theresa Oliver
Lexie Henning
Anthony Wynn

**William Holland, Esq.**
Carol Baker
George Baker
Norman Brookings
Helen Cookwood
Barbara Cooley
Patsey Field
Mary Gaunter
Alexander Howell
Gerald Johnson
Mary Jones
Marion Lawson
Jeanne Martin
Shirley Lawson
Emma Moore
Gary Moore
Glenda Price
Harvey Price
Donna Quinn
Robert Randolph
Linda Shaw
Georgia Wallace
Percy Wallace

Velma Warren
William Watters

**IT IS FURTHER ORDERED** that the following individual claimants failed to file any response to the Court's September 2, 2005 order; and therefore, will be **DISMISSED WITH PREJUDICE** from this cause of action:

Dorothy Oliver
Sherry Rodgers
Wilford Rodgers
Lisa Kennedy
Jessie Turman
Beatrice Worth
Sandra Washington
Glenn Fleming
Mable Williams
Johnie Walker
Debra Jones
Eleanor Koger
Walter Neis
Donald Jenkins
John Galvin
Linzie Finley
Jacqueline Johnson
Janean Smith
Monica Presley
Rodney Davis
Sharon Rodgers

**IT IS FINALLY ORDERED** that the following individual claimants failed to file their response to the Court's September 2, 2005 order in a timely manner; and therefore, will be **DISMISSED WITH PREJUDICE** from this cause of action:

Karen Dale
Shirley Shaw

Dated this 10th day of November, 2005.

_____
SENIOR UNITED STATES DISTRICT JUDGE