UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

IN RE:

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT ) | |
| OF THE AMERICAN MILLING COMPANY, ) | |
| UNLIMITED, H&B MARINE, INC., and ) | No. 4:98CV575-SNL |
| AMERICAN MILLING, L.P., a limited ) | |
| partnership, for exoneration from or ) | |
| limitation of liability, ) | |
| ) | |
| Petitioners, ) | |

**ORDER**

The motion to strike and for leave to withdraw document nos. 1677 and 1679 filed by defendant President Riverboats Casino, Inc. is before the Court. The Court is somewhat confused by the contents of paragraph four of the motion. President Casino states that the arguments set out in document nos. 1677 and 1679 should be addressed by separate counsel for Zurich Insurance Company (if they choose to intervene in this case). Yet President Casino states also that "The undersigned hereby joins in the position on the issues as previously filed by President Casino's attorneys at Thompson-Coburn." Should Zurich Insurance Company request and be granted leave to intervene, and take a position different than that filed by President Casino's attorneys at Thompson-Coburn, this Court will be confused. If Zurich joins in the position of President Casino's attorneys at Thompson-Coburn, it will simply be a duplicitous effort. Nonetheless, the motion will be granted.

**IT IS THEREFORE ORDERED** that President Riverboats Casino, Inc.'s motion to strike and for leave to withdraw previously filed document nos. 1677 and 1679 is **GRANTED**.

Dated this  5th  day of July, 2006.

/s/ Stephen N. Limbaugh
_____
SENIOR UNITED STATES DISTRICT JUDGE